IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CECELIA B. RILEY,                  )
                                   )
              Plaintiff,           )              7:06CV5013
                                   )
        v.                         )
                                   )
TYSON FRESH MEATS, INC.,           )              ORDER
                                   )
              Defendant.           )
                                   )

        IT IS ORDERED:

        Plaintiff's oral motion for additional time to file the
Rule 26 report of parties' planning conference is granted and the
deadline for filing the report is extended to September 15, 2006.


        DATED this 5th day of September, 2006.


                              BY THE COURT:


                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge