In the United States District Court
For the District of Nebraska

CECELIA B. RILEY,                                    No. 7:06-CV-5013
        Plaintiff,
    v.
TYSON FRESH MEATS, INC.,                   ORDER EXTENDING SUMMARY
        Defendant.                          JUDGMENT MOTION DEADLINE

This matter is before the Court on the parties' joint motion to extend summary judgment motion deadline.  Upon review of the joint motion, and being fully advised in the premises,

IT IS ORDERED that the parties' joint motion to extend summary judgment motion deadline shall be and hereby is granted in part.

IT IS FURTHER ORDERED that the deadline for filing motions for summary judgment shall be and hereby is extended to March 5, 2007.

Dated this 9th day of February, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge