THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CECELIA B. RILEY, | ) | 7:06CV5013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court is the defendant's motion for summary judgment (filing 38). Because it is the present intention of the court to grant the defendant's motion, I shall order that trial of this matter, currently set to begin on August 20, 2007, shall be continued until further order of the court.

IT IS ORDERED that trial of this matter, set to begin on August 20, 2007, is continued until further order of the court.

June 14, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge